IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA DEPARTMENT OF TRANSPORTATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 15-0510-CG-M |
| TK&S TRUCKING, LLC, et al., | ) ) ) | |
| Defendant. | ) | |

### ORDER

This matter is before the court on the Plaintiff, Alabama Department of Transportation's, Motion to Remand (Doc. 17), and the Defendants' Motion to Consent (Doc. 19).

Upon due consideration and because the Defendants advise in their motion to consent that they do not oppose the motion to remand, the motions are hereby **GRANTED**, and the clerk of court is directed to take such steps as are necessary to transfer this action to the Circuit Court of Baldwin County, Alabama, from whence it was removed.

**DONE and ORDERED** this 6th day of November, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE